**AIMAN-SMITH & MARCY**
PROFESSIONAL CORPORATION

Randal B. Aiman-Smith, #124599
Reed W.L. Marcy, #191531
Hallie Von Rock, #233152
Brent A. Robinson, #289373
Lisseth Bayona, #338135
7677 Oakport St., Suite 1150
Oakland, CA 94621
T 510.817.2711
F 510.562.6830
ras@asmlawyers.com
rwlm@asmlawyers.com
hvr@asmlawyers.com
lb@asmlawyers.com

Attorneys for Plaintiffs

*Additional counsel on next page

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA NARO, individually and on behalf of all others similarly situated; TRISH GONZALES, individually and on behalf of all others similarly situated; AND THE CALIFORNIA LABOR AND WORKFORCE DEVELOPMENT AGENCY *ex rel*. SERENA NARO AND TRISH GONAZALES, a California governmental entity,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WALGREEN CO., an Illinois corporation; and WALGREEN PHARMACY SERVICES MIDWEST, LLC, an Illinois corporation; and DOES 1-15,<br><br>　　　　　Defendants. | Case No.: 4:22-cv-03170-JST<br><br>Assigned for All Purposes to:<br>Hon. Jon S. Tigar<br>Courtroom 6<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date: April 16, 2024<br>Time: 1:30 P.M.<br>Dept: 6<br><br>Complaint Filed: May 31, 2022 |

**Joint Case Management Conference Statement**
*Naro, et al. v. Walgreen Co., et al.*　　　　　　　　　　　　　　　　　　　　　Case No. 4:22-cv-03170-JST

1  Allison C. Eckstrom, Esq.
2  Christopher J. Archibald, Esq.
   Amelia Alvarez, Esq.
3  BRYAN CAVE LEIGHTON PAISNER LLP
   1920 Main Street, Suite 1000
4  Irvine California 92614-7276
   Telephone: (949) 223-7000
5  Facsimile: (949) 223-7100
6  allison.eckstrom@bclplaw.com
   christopher.archibald@bclplaw.com
7  amelia.alvarez@bclplaw.com
8
   Attorneys for Defendants
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiffs Serena Naro and Trish Gonzales ("Plaintiffs") and Defendants Walgreen Co. and Walgreen Pharmacy Services Midwest, LLC ("Walgreens" or "Defendants," and together with Plaintiff, "the Parties") hereby submit this joint case management statement pursuant to this Clerk's Notice Continuing Case Management Conference entered November 6, 2023. *See*, ECF Nos. 56-57.

The parties have settled this matter and have finalized a Memorandum of Understanding. Plaintiffs are in the process of drafting a long form settlement agreement. Thereafter, Plaintiffs will file a Motion for Preliminary Approval of Class Action and PAGA Settlement.

Respectfully submitted,

Dated: April 8, 2024

AIMAN-SMITH & MARCY
A PROFESSIONAL CORPORATION

*/s/ Hallie Von Rock*

_____
Hallie Von Rock, Esq.
Attorneys for Plaintiffs

Dated: April 8, 2024                BRYAN CAVE LEIGHTON PAISNER LLP

*/s/ Christopher J. Archibald*

_____
Allison C. Eckstrom, Esq.
Christopher J. Archibald, Esq.
Amelia Alvarez, Esq.
Attorneys for Defendants